UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ONTIVEORS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>AMY MILLER, Warden,<br><br>　　　　　　Respondent. | No. 2:14-cv-1423 JAM KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. On September 29, 2014, petitioner filed his traverse, and his petition for writ of habeas corpus is now submitted for decision. However, since the filing of his traverse, petitioner has filed several documents, none of which are relevant to the underlying challenge to petitioner's conviction. (ECF Nos. 18-20; 22-23.) One of the filings bears the caption for petitioner's case in the Sierra County Superior Court, Case No. CR-2964-X. (ECF No. 22.) Petitioner is advised that documents inadvertently sent to this court are not forwarded; rather, they are retained in the instant court record and disregarded. Moreover, this court does not investigate claims concerning alleged constitutional violations. Because the underlying petition in this action is now fully briefed, no further filings in this action are required until after the court renders its decision. Thus, petitioner should refrain from filing any further documents until after the decision is rendered.

////

1     Accordingly, IT IS HEREBY ORDERED that petitioner's filings (ECF Nos. 18-20; 22-
2  23), submitted after the filing of his traverse, are disregarded.
3  Dated:  April 10, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/onti1423.disr